No. 415, Misc. LOVELADY v. TEXAS. Court of Criminal Appeals of Texas. Certiorari granted limited to the question of the constitution of the grand jury, the second question presented by the petition for the writ. Execution of the sentence of death imposed on this petitioner is ordered stayed pending the final disposition of the case by this Court. *Sam W. Davis* for petitioner. ▇▇▇▇

No. 524. NORRIS & HIRSHBERG, INC. v. SECURITIES & EXCHANGE COMMISSION. United States Court of Appeals for the District of Columbia. Certiorari denied. *Joseph B. Brennan, William A. Sutherland* and *Carl McFarland* for petitioner. *Solicitor General Perlman* and *Roger S. Foster* for respondent. ▇▇▇▇

No. 574. BORNHURST v. UNITED STATES. C. C. A. 9th. Certiorari denied. *Kneland C. Tanner* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Oscar H. Davis* for the United States. ▇▇▇▇

No. 586. TURLOCK IRRIGATION DISTRICT ET AL. v. COUNTY OF TUOLUMNE ET AL. Supreme Court of California. Certiorari denied. *W. Coburn Cook* for petitioners.

No. 615. SOCIEDAD ESPAÑOLA DE AUXILIO MUTUO Y BENEFICENCIA DE PUERTO RICO v. BUSCAGLIA, TREASURER OF PUERTO RICO, ET AL. C. C. A. 1st. Certiorari denied. *Gabriel De La Haba* for petitioner. *Solicitor General Perlman* and *Assistant Attorney General Vanech* for respondent. ▇▇▇▇